

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2013

**BY EMAIL (ForrestNYSDChambers@nysd.uscourts.gov)**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/13
```

Re: **In re 650 Fifth Avenue and Related Properties,**
    **08 Civ. 10934 (KBF)**

Dear Judge Forrest:

We write to respectfully request a brief extension of the May 27, 2013, deadline for the Government's law enforcement privilege submission, as set forth in the Court's order dated May 6, 2013, until Tuesday, May 28, 2013. The reason for this request is that Monday, May 27, is Memorial Day, a Court holiday. As noted in our May 3, 2013, letter concerning the law enforcement privilege submission, the FBI supervisory declaration formally asserting the law enforcement privilege will be accompanied by an *ex parte* submission concerning the withheld material and an unredacted version of FBI document discovery identifying the material that has been withheld on the basis of the law enforcement privilege for the Court's *in camera* review. These materials will be submitted through the Department of Justice's Litigation Security Section. Because of the Memorial Day holiday, the Government will not be able to submit the *in camera* materials until May 28, 2013.

ORDERED: In light of the Memorial Day holiday, the deadline for the Government's law enforcement privilege submission is hereby extended to Wednesday, May 29, 2013, at 5:00 p.m.
SO ORDERED.
5/24/13
_____
    Katherine B. Forrest, USDJ

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:  /s/ Michael D. Lockard
Sharon Cohen Levin
Michael D. Lockard
Martin S. Bell
Carolina A. Fornos
Assistant United States Attorneys
(212) 637-1060/2193/2463/2740

cc:   Counsel of record (by email)