UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE 650 FIFTH AVENUE AND
RELATED PROPERTIES

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 6 2013
```

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

The Clerk of Court is hereby directed to remove the Eleventh Quarterly Report of Monitor Kathleen A. Roberts (ECF No. 439) from the public docket. The Court shall refile the report under seal.

SO ORDERED.

Dated:     New York, New York
           August 5, 2013

_____
KATHERINE B. FORREST
United States District Judge