USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
IN RE 650 FIFTH AVENUE AND :
RELATED PROPERTIES :
:
:
:
:
------------------------------------------------------------X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

The Court is reviewing the letter motion by the Alavi defendant-claimants dated August 21, 2013, which seeks preclusion of witness whose documents were not disclosed prior to the Court's April 1, 2013, deadline, as set forth in its Order of Februrary 1, 2013. It is therefore

ORDERED that, not later than 5:00 p.m., Wednesday, August 28, 2013, the Government shall submit a letter detailing, with respect to each witness sought to be precluded by the Alavi and Assa defendant-claimants, the precise date upon which discovery relating to each witness was produced and whether that discovery was produced prior to that witness's deposition. Not later than 5:00 p.m., Friday, August 30, 2013, any party wishing to contest the Government's chronology shall submit a response letter.

These letters shall be submitted as PDF attachments to emails, with two courtesy copies to follow.

SO ORDERED.

Dated:   New York, New York
         August 26, 2013

_____
KATHERINE B. FORREST
United States District Judge