# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

September 8, 2013

By Email

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 09 2013

Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

Re: **In re 650 Fifth Avenue and Related Properties,
08 Civ. 10934 (KBF)**

Dear Judge Forrest:

  We respectfully submit this letter on behalf of the Alavi Foundation (the "Foundation") and the 650 Fifth Avenue Company (the "Fifth Avenue Company" and, collectively, "Claimants") in response to the Government's September 6, 2013 letter motion for reconsideration of the Court's decision denying the Government's request to "claw back" the second of two documents at issue.

  As explained in prior correspondence (*see, e.g.,* ECF 756) and at the September 4, 2013 conference, the second document referenced by the Government contains the *same* information as that contained in the first document, for which the Court has deemed any applicable privilege to have been waived, and many other documents produced by the Government in this litigation without an assertion of privilege. The relevant document is not privileged and, even if it were, any applicable privilege has been waived by the Government. Further, any work product claim as to this document is easily overcome by Claimants' compelling need for discovery. The Government's motion should be denied.

Respectfully submitted,

/s/ *Daniel S. Ruzumna*
Daniel S. Ruzumna

cc: Counsel of Record