USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 11, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
:
:
IN RE: 650 FIFTH AVENUE AND         :     08 Civ. 10934 (KBF)
RELATED PROPERTIES                  :     and all member and
                                    :     related cases
:
:                                         ORDER
:
------------------------------------------------------------------X
-

KATHERINE B. FORREST, District Judge:

   The Hegna claimants' motion for entry of final judgment pursuant to Fed. R. Civ. P. 54(b) (ECF No. 1329) is GRANTED as it is unopposed by any party and there is no just reason for delay.  The Clerk of Court is directed to terminate the motion at ECF No. 1329.

   SO ORDERED.

Dated:    New York, New York
          August 11, 2015

                                    _____
                                       KATHERINE B. FORREST
                                       United States District Judge