

February 8, 2016

Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 10 2016

By email to forrestnysdchambers@nysd.uscourts.gov

Re: In Re 650 Fifth Avenue and Related Properties, No. 08 Civ. 10934 (KBF)

Dear Judge Forrest:

Please find attached the Twenty-Second Quarterly Monitor's Report required by the Court's April 28, 2010 Order. Please let me know if the Court needs any further information in connection with this Report.

I respectfully request that this Report not be docketed, or, if docketed, filed under seal.

Respectfully,

Kathleen A. Roberts

Kathleen A. Roberts
Court Appointed Monitor
cc: AUSA Michael Lockard
    Daniel S. Ruzumna, Esq.

Ordered
File under seal.

KBF, 70
USDJ
2/10/16