**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br>**650 Fifth Avenue and Related Properties,** | **08-cv-10934(LAP)** |
| **KIRSCHENBAUM, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**650 FIFTH AVENUE COMPANY, ALAVI FOUNDATION, ASSA CORPORATION, ASSA COMPANY LIMITED,**<br>**Defendants,**<br><br>**And Consolidated Actions** | **08-cv-10934 (LAP)**<br>**09-cv-00165 (LAP)**<br>**09-cv-00166 (LAP)**<br>**09-cv-553 (LAP)**<br>**09-cv-564 (LAP)**<br>**10-cv-1627 (LAP)**<br>**10-cv-2464 (LAP)**<br>**11-cv-3761 (LAP)**<br>**12-mc-19 (LAP)**<br>**12-mc-20 (LAP)**<br>**12-mc-21 (LAP)**<br>**12-mc-22 (LAP)**<br>**13-mc-71 (LAP)**<br>**13-cv-1825 (LAP)**<br>**13-cv-1848 (LAP)** |

**ORDER APPROVING APPLICATION OF TRUSTEE'S Q2 2026 INTERIM ACCOUNTING COVERING THE PERIOD OF APRIL 1, 2026 THROUGH AND INCLUDING JUNE 30, 2026**

1. On January 17, 2025, this Court approved a Settlement Agreement dated January 13, 2025 (the "Settlement Agreement"), and authorized the establishment of the 650 Fifth Settlement Trust (the "Trust") as a qualified settlement fund pursuant to Internal Revenue Code § 468B-1 and Treasury Regulation § 1.468B 1, for the purpose of receiving, administering, and distributing settlement proceeds in accordance with the Court's orders.

2. Pursuant to the Trust Order, this Court approved the Trust Agreement, appointed Sylvius von Saucken as the initial Trustee, and retained continuing jurisdiction over the Trust and its administration. The Trust Order authorizes the Trustee to administer the Trust, manage and



4035222.2

invest Trust assets, pay reasonable administrative expenses, and make distributions in accordance with the Trust Agreement and further orders of this Court.

3. In accordance with the Trust Agreement and this Court's continuing jurisdiction, the Trustee provided for the Court's *in camera* review the Application Of Trustee's Q2 2026 Interim Accounting Covering The Period Of April 1, 2026 Through And Including June 30, 2026, as well as Exhibit "A" which reflects no new Trust deposits from the United States Treasury, three dividend payments, three tax payments, two invoices for Trustee Fees, two invoices for Trust Administration Fees, four administrative disbursements to pay Trust Counsel, and one agreed-upon administrative disbursement to pay for pre-closing and post-closing legal services provided by Gibson Dunn & Crutcher LLP.

4. Based upon this Court's *in camera* review of the Trust's Q2 2026 Interim Accounting and the supporting materials submitted therewith, this Court hereby:

a. Approves the Trustee's Q2 2026 Interim Accounting for the period of April 1, 2026 through and including June 30, 2026, as submitted with the Application and attached as Exhibit "A." ; and

b. Approves and ratifies the Trustee's actions during the accounting period as disclosed in the Interim Accounting and supporting materials; and

c. Orders that approval of the Interim Accounting is without prejudice to the submission of future interim or final accountings and does not constitute approval of matters not disclosed therein.

IT IS SO ORDERED.

Dated: August 25, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge